# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0782

VERSUS

JAMES JARROD SPIKES, JR.

**AUGUST 16, 2021**

---

In Re:    James Jarrod Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 98-CR5-75460.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The Washington Parish Clerk of Court has no record of receiving a motion for new trial. Relator should file the motion with the district court before seeking relief from this court.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT